# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL VAZQUES, : | |
|    Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO.: 16-1727 |
| CARR AND DUFF, INC. et al., : | |
|    Defendants. : | |

## ORDER

**AND NOW**, this 28th day of September, 2017, upon consideration of Plaintiff's Complaint (Dkt No. 1), Defendants' respective Motions to Dismiss Plaintiff's Complaint (Dkt Nos. 15 and 16), and Plaintiff's Responses thereto (Dkt Nos. 17 and 18), it is hereby ordered as follows:

1. Defendant Thurmond Pace's Motion (Dkt No. 16) is **GRANTED** in its entirety.

2. Defendant Carr and Duff, Inc.'s Motion (Dkt No. 15) is **GRANTED IN PART AND DENIED IN PART**. Defendant Carr and Duff, Inc.'s Motion is **GRANTED** as it relates to Counts I, III, IV, V, VI, and VIII of the Complaint, and is **DENIED** as it relates to Counts II and VII of the Complaint.

3. Plaintiff is granted leave to amend the Complaint within fourteen (14) days of the filing of this Order.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.