# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MIGUEL VAZQUES,      :
  Plaintiff,        :
             :     CIVIL ACTION
v.             :
             :     NO.: 16-1727
CARR AND DUFF, INC. et al.,    :
  Defendants.       :

## ORDER

**AND NOW**, this 11th day of July, 2018, upon consideration of Plaintiff's Amended Complaint (Dkt No. 22), Defendants' respective Motions to Dismiss Plaintiff's Complaint (Dkt Nos. 26 and 27), and Plaintiff's Responses thereto (Dkt Nos. 28 and 29), and Defendant Carr and Duff's Reply (ECF No. 30-2) it is hereby **ORDERED** as follows:

1. Defendant Thurmond Pace's Motion (Dkt No. 27) is **GRANTED** in its entirety.

2. Defendant Carr and Duff, Inc.'s Motion (Dkt No. 26) is **GRANTED IN PART AND DENIED IN PART**. Defendant Carr and Duff, Inc.'s Motion is **GRANTED** as it relates to Counts Four and Seven of the Amended Complaint, and is **DENIED** as it relates to Counts One, Two, Three, Five, and Six of the Amended Complaint.

3. Defendant Carr and Duff, Inc. is directed to **ANSWER** the Amended Complaint within fourteen (14) days of the filing of this Order.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II J.