# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL A. VAZQUEZ, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 16-1727 |
| | : | |
| CARR & DUFF, INC., | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 8th day of July, 2020, upon consideration of Plaintiff's Amended Complaint (ECF No. 22), Defendants' Motion for Summary Judgment (ECF No. 54), Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 55), and Defendants' Reply to Plaintiff's Response in Opposition (ECF No. 60), it is hereby ORDERED that Defendants' Motion for Summary Judgment is DENIED in its entirety for the reasons stated in the Court's accompanying Memorandum.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.